# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA MAGDALENA FUENTES REYES,<br><br>                Petitioner,<br>   v.<br>CHAD F. WOLF, et al.,<br><br>                Respondents. | Case No. 2:19-cv-02086-GMN-EJY<br><br>**ORDER** |

Petitioner Maria M. Fuentes Reyes filed a Petition for Writ of Habeas Corpus (ECF No. 1) pursuant to 28 U.S.C. § 2241 on December 5, 2019, seeking review of the of constitutional and legal issues arising from bond determinations by an immigration judge. The Clerk of Court issued summons to Respondents Chad F. Wolf, William P. Barr, Laura McNeer, Thedrick Andres, and Damon Smith. (ECF No. 3.) In a contemporaneous order, the Court and denied Fuentes Reyes's Emergency Motion for Temporary Restraining Order (ECF No. 2). The Court also conducted an initial review under the Rules Governing Section 2254 Cases, directed service of the petition, and held that expedited briefing is appropriate in this case.

**IT IS THEREFORE ORDERED:**

1. The Clerk of Court shall **DELIVER** a copy of the Petition (ECF No. 1), Summons (ECF No. 3), and this order to the U.S. Marshal for *expedited service*.

2. The Clerk of Court shall **SEND VIA REGISTERED OR CERTIFIED MAIL** a copy of the Petition (ECF No. 1) Summons (ECF No. 3), and this order to the Hon. William Barr, Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave. NW, Washington, D.C. 20530.

3. The Clerk of Court shall **SEND VIA REGISTERED OR CERTIFIED MAIL** a copy of the Petition (ECF No. 1), Summons (ECF No. 3), and this order to the Hon. Chad F. Wolfe, Acting Secretary of the United States Department of Homeland Security, Washington, D.C. 20528.

4. The U.S. Marshal shall **SERVE** a copy of the Petition (ECF No. 1), Summons (ECF No. 3), and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure.

5. Respondents shall file and serve an answer or otherwise respond to the Petition (ECF No. 1) within **21 days from the date of service**.

DATED: December 10, 2019

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE