# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARIA MAGDALENA FUENTES REYES,

Petitioner,

v.

CHAD WOLF, et al.,

Respondents.

Case No. 2:19-cv-02086-GMN-EJY

**ORDER**

Petitioner Maria M. Fuentes Reyes has filed a Petition for Writ of Habeas Corpus (ECF No. 1) pursuant to 28 U.S.C. § 2241 along with a Combined Memorandum of Points and Authorities in Support of Petition for Writ of Habeas Corpus and Emergency Motion for Temporary Restraining Order (ECF No. 2). Upon review of the docket, the Court finds that the combined memorandum and motion violates the requirements set forth in the Local Rules of Practice that (1) a "motion and supporting memorandum of points and authorities must be combined into a single document that complies with the page limits in LR 7-3," LR 7-2(a); (2) "[f]or each type of relief requested or purpose of the document, a separate document must be filed and a separate event must be selected," LR IC 2-2(a)(3)(A); and (3) exhibits must "be attached as separate files," LR IC 2-2(d); *see also* LR IA 10-3. Electronic filers are prohibited from combining a motion, memorandum of points and authorities, declaration, and/or exhibits into one Portable Document Format (PDF) document and then filing that single PDF as the "main document" in CM/ECF's document upload screen. LR IC 2-2(a)(3)(A) (exhibits "must not be filed as part of the base document in the electronic filing system"). This practice makes it impossible for the Court to seal or unseal specific documents as needed because the docketing clerks cannot separate the pages for sealing purposes. *See* LR IA 10-5(b). Instead, the Local Rules require litigants to save *each* document or exhibit as a separate PDF document and then file each PDF in CM/ECF's document upload screen as "attachments" to a main document.

1

Counsel are responsible for informing themselves and instructing their staff regarding the correct electronic filing procedures.[1]  Failure to follow the Local Rules of Practice and proper CM/ECF filing procedures will delay and complicate the Court's review of the docket.  The Court may strike from the record any prospective filings that fail to comply with the Local Rules.  *Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010) (district courts have the inherent power to strike an improperly filed document) (quotation omitted).

**IT IS THEREFORE ORDERED** that Petitioner Maria M. Fuentes Reyes AMEND the Petition for Writ of Habeas Corpus (ECF No. 1) to include the memorandum of points and authorities and REFILE the supporting exhibits to comply with the Local Rules of Practice and the Court's CM/ECF filing procedures.

DATED: December 12, 2019

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

---

[1] The parties are encouraged to contact the CM/ECF Helpdesk at (702) 464-5555 prior to filing should they have any technical questions.  For additional direction, the parties may also refer to the updated procedures in *CM/ECF Version 4.0 Enhancements and Changes*, which is available on the Court's website.