NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

BRIAN IRVIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brian.Irvin@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Maria Magdalena Fuentes Reyes,<br><br>Plaintiff,<br><br>v.<br><br>Chad Wolf, et al.,<br><br>Defendant. | Case No. 2:19-cv-02086-GMN-EJY<br><br>**Stipulation For Extension of Time to Respond to Petition For Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 (First Request)** |

Pursuant to Local Rule IA 6-1, the Federal Defendants request an extension of time to answer or otherwise respond to Plaintiff's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 ("§ 2241 Petition") (ECF No. 1). Federal Defendant received a copy of the § 2241 Petition on December 11, 2019. On December 10, 2019, the Court ordered Federal Defendants to answer or otherwise plead in response to the § 2241 Petition within 21 days of service. ECF No. 6. The attorney handling the response to the § 2241 Petition will be out of the office during the holidays and requires additional time to file a response. The Counsel for Plaintiff has graciously agreed to the Federal Defendants filing an answer or other response by January 13, 2020.

**WHEREFORE**, the Federal Defendants respectfully request that this stipulation be granted and that the answer or other response to the § 2241 Petition be made due by **January 13, 2020**.

Respectfully submitted this 23rd day of December 2019.

| | |
|---|---|
| Law Office of Sylvia Esparza | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Sylvia Esparza*<br>SYLVIA ESPARZA<br>Counsel for Plaintiff | */s/ Brian W. Irvin*<br>BRIAN W. IRVIN<br>Assistant United States Attorney<br>Counsel for Defendant |

**IT IS SO ORDERED:**

**GLORIA M. NAVARRO**
**UNITED STATES DISTRICT JUDGE**

DATED: December 30, 2019