AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

MARIA MAGDALENA FUENTES REYES,

            Petitioner,

v.

ALEJANDRO MAYORKAS, Secretary of the U.S. Department of Homeland Security,1 et al.,

            Respondent.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-02086-GMN-EJY

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered that attorneys' fees in the amount of $8,150.48 are awarded in favor of Petitioner Maria Fuentes Reyes.

3/23/2021  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Morrison  
Deputy Clerk